UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDREW D. HART, SR.,

    Plaintiff,

-vs-                                      Case No. 6:08-cv-930-Orl-98GJK

DEPARTMENT OF REVENUE,

    Defendant.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiff's Motion to Proceed Without the Prepayment of Fees and Affidavit (Doc. No. 2). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Therefore it is

**ORDERED** that plaintiff's Motion to Proceed Without the Prepayment of Fees and Affidavit be **DENIED**. Plaintiff shall have twenty (20) days to file an Amended Complaint or the case will be dismissed without further notice.

It is **SO ORDERED** in Orlando, Florida, this 16 day of September, 2008.

_____
G. KENDALL SHARP
Senior United States District Judge

Copies to:

Unrepresented Plaintiff
United States Magistrate Judge